# EXHIBIT A

| IP | ISP | Date/Time (CST) | Torrent |
|---|---|---|---|
| 65.183.244.102 | 702 Communications | 10/13/10 5:58 PM | Watching My Daughter Go Black Megapack |
| 76.78.48.239 | Apogee Telecom | 10/13/10 6:46 PM | Phat.Ass.White.Booty.6 |
| 24.112.135.247 | Armstrong Cable Services | 10/14/10 6:32 PM | Phat Ass White Booty 6 |
| 66.234.209.144 | Astound Broadband | 10/14/10 5:51 AM | Black Ass Addiction 6 |
| 72.150.245.180 | BellSouth | 10/14/10 11:27 AM | Black Ass Addiction 6 |
| 74.249.136.245 | BellSouth | 10/14/10 12:07 PM | Black Ass Addiction 6 |
| 74.249.138.202 | BellSouth | 10/14/10 2:27 PM | Black Ass Addiction 6 |
| 74.242.212.83 | BellSouth | 10/14/10 2:34 AM | Well Hung Amatuers 17 |
| 65.8.213.160 | BellSouth | 10/14/10 9:19 AM | Blacks On Blondes - Kennedy Kressler |
| 74.248.179.134 | BellSouth | 10/13/10 5:38 PM | Gloryhole - Dayna Vendetta |
| 74.248.189.230 | BellSouth | 10/14/10 4:05 PM | Gloryhole - Dayna Vendetta |
| 98.77.98.241 | BellSouth | 10/13/10 5:30 PM | Watching My Daugher Go Black - Lexi Diamond |
| 72.24.88.230 | Cable One | 10/13/10 5:38 PM | Gloryhole - Dayna Vendetta |
| 69.10.96.156 | CableAmerica | 10/13/10 3:45 PM | Blacks On Blondes - Kennedy Kressler |
| 98.141.41.50 | Cavalier Telephone | 10/14/10 11:02 AM | Black Ass Addiction 6 |
| 216.87.229.184 | Chambers Cable of Sunriver | 10/13/10 8:26 PM | Phat Ass White Booty 6 |
| 68.188.254.14 | Charter Communications | 10/14/10 11:37 AM | Black Ass Addiction 6 |
| 24.158.157.239 | Charter Communications | 10/14/10 5:22 PM | Phat.Ass.White.Booty.6 |
| 66.214.142.78 | Charter Communications | 10/14/10 4:44 PM | Phat.Ass.White.Booty.6 |
| 71.12.14.201 | Charter Communications | 10/14/10 6:46 AM | Phat Ass White Booty 6 |
| 71.91.21.74 | Charter Communications | 10/13/10 9:27 PM | Phat.Ass.White.Booty.6 |
| 75.140.85.82 | Charter Communications | 10/14/10 6:02 PM | Phat.Ass.White.Booty.6 |
| 24.176.25.142 | Charter Communications | 10/14/10 10:56 AM | Well Hung Amateurs 14 |
| 173.46.249.112 | Charter Communications | 10/13/10 4:56 PM | Watching My Daugher Go Black - Lexi Diamond |
| 24.196.222.48 | Charter Communications | 10/14/10 3:38 AM | Gloryhole - Dayna Vendetta |
| 68.191.54.75 | Charter Communications | 10/13/10 4:13 PM | Blacks On Blondes - Kennedy Kressler |
| 71.10.29.76 | Charter Communications | 10/13/10 5:31 PM | Watching My Daugher Go Black - Lexi Diamond |
| 75.133.158.12 | Charter Communications | 10/14/10 3:58 AM | Blacks On Blondes - Kennedy Kressler |
| 96.42.249.30 | Charter Communications | 10/13/10 6:37 PM | Black Ass Addiction 6 |
| 97.87.122.175 | Charter Communications | 10/13/10 6:38 PM | Phat.Ass.White.Booty.6 |
| 97.93.99.223 | Charter Communications | 10/13/10 6:30 PM | Phat Ass White Booty 6 |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 97.80.158.211 | Charter Communications | 10/14/10 3:27 PM | Well Hung Amateurs 14 |
| 96.32.175.26 | Charter Communications | 10/13/10 6:51 PM | Well Hung Amatuers 17 |
| 184.77.0.81 | Clearwire Corp | 10/14/10 5:17 PM | Phat Ass White Booty 6 |
| 184.76.161.94 | Clearwire Corp | 10/13/10 2:21 PM | Watching My Daughter Go Black Megapack |
| 71.21.167.65 | Clearwire Corp | 10/13/10 5:37 PM | Gloryhole - Dayna Vendetta |
| 69.180.136.92 | Comcast Cable | 10/14/10 12:24 AM | Well Hung Amatuers 17 |
| 68.58.237.92 | Comcast Cable | 10/14/10 11:12 AM | Dynamic Booty 5 |
| 69.254.17.106 | Comcast Cable | 10/13/10 10:21 PM | Black Ass Addiction 6 |
| 66.229.118.82 | Comcast Cable | 10/13/10 6:32 PM | Phat.Ass.White.Booty.6 |
| 68.59.16.69 | Comcast Cable | 10/14/10 12:02 PM | Phat.Ass.White.Booty.6 |
| 69.139.51.118 | Comcast Cable | 10/14/10 4:44 PM | Phat.Ass.White.Booty.6 |
| 69.254.12.93 | Comcast Cable | 10/14/10 6:36 AM | Phat.Ass.White.Booty.6 |
| 71.196.19.58 | Comcast Cable | 10/13/10 9:26 PM | Phat.Ass.White.Booty.6 |
| 68.47.80.15 | Comcast Cable | 10/14/10 4:04 PM | Gloryhole - Dayna Vendetta |
| 76.104.115.34 | Comcast Cable | 10/13/10 10:06 PM | Black Ass Addiction 6 |
| 71.56.176.106 | Comcast Cable | 10/14/10 2:14 PM | Phat.Ass.White.Booty.6 |
| 71.62.227.179 | Comcast Cable | 10/13/10 3:53 PM | Blacks On Blondes - Kennedy Kressler |
| 71.62.51.35 | Comcast Cable | 10/14/10 7:28 AM | Blacks On Blondes - Kennedy Kressler |
| 75.65.188.102 | Comcast Cable | 10/13/10 3:53 PM | Blacks On Blondes - Kennedy Kressler |
| 75.65.6.255 | Comcast Cable | 10/13/10 5:31 PM | Watching My Daughter Go Black Megapack |
| 68.82.122.61 | Comcast Cable | 10/13/10 11:46 PM | Black Ass Addiction 6 |
| 69.242.121.218 | Comcast Cable | 10/13/10 7:24 PM | Black Ass Addiction 6 |
| 174.60.44.37 | Comcast Cable | 10/14/10 5:17 PM | Phat.Ass.White.Booty.6 |
| 174.60.94.85 | Comcast Cable | 10/14/10 8:37 PM | Phat.Ass.White.Booty.6 |
| 24.0.235.80 | Comcast Cable | 10/14/10 7:27 AM | Phat Ass White Booty 6 |
| 24.127.156.205 | Comcast Cable | 10/13/10 7:11 PM | Phat.Ass.White.Booty.6 |
| 68.37.212.196 | Comcast Cable | 10/14/10 11:37 AM | Phat.Ass.White.Booty.6 |
| 68.39.254.6 | Comcast Cable | 10/13/10 6:30 PM | Phat Ass White Booty 6 |
| 68.80.10.153 | Comcast Cable | 10/14/10 4:50 PM | Phat.Ass.White.Booty.6 |
| 69.249.112.225 | Comcast Cable | 10/14/10 6:11 AM | Phat.Ass.White.Booty.6 |
| 69.249.211.105 | Comcast Cable | 10/14/10 7:17 PM | Phat Ass White Booty 6 |
| 69.249.70.129 | Comcast Cable | 10/14/10 6:26 AM | Phat Ass White Booty 6 |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 68.44.34.120 | Comcast Cable | 10/13/10 5:38 PM | Gloryhole - Dayna Vendetta |
| 69.249.116.18 | Comcast Cable | 10/14/10 2:08 AM | Blacks On Blondes - Kennedy Kressler |
| 69.253.150.110 | Comcast Cable | 10/14/10 11:06 AM | Gloryhole - Dayna Vendetta |
| 71.207.59.91 | Comcast Cable | 10/13/10 4:08 PM | Watching My Daugher Go Black - Lexi Diamond |
| 71.224.136.126 | Comcast Cable | 10/13/10 9:38 PM | Blacks On Blondes - Kennedy Kressler |
| 71.199.91.238 | Comcast Cable | 10/14/10 10:22 AM | Black Ass Addiction 6 |
| 71.237.182.47 | Comcast Cable | 10/14/10 7:47 PM | Black Ass Addiction 6 |
| 67.171.253.119 | Comcast Cable | 10/13/10 9:42 PM | Blacks On Blondes - Kennedy Kressler |
| 24.13.112.154 | Comcast Cable | 10/14/10 8:47 AM | Black Ass Addiction 6 |
| 67.176.242.215 | Comcast Cable | 10/13/10 6:13 PM | Black Ass Addiction 6 |
| 67.167.249.212 | Comcast Cable | 10/13/10 9:06 PM | Phat Ass White Booty 6 |
| 24.15.23.88 | Comcast Cable | 10/14/10 10:56 AM | Creampie Series |
| 24.1.158.140 | Comcast Cable | 10/14/10 8:52 PM | Gloryhole - Dayna Vendetta |
| 24.1.178.29 | Comcast Cable | 10/13/10 5:31 PM | Watching My Daughter Go Black Megapack |
| 71.57.56.78 | Comcast Cable | 10/14/10 6:48 AM | Blacks On Blondes - Kennedy Kressler |
| 67.168.66.230 | Comcast Cable | 10/14/10 4:48 PM | Phat.Ass.White.Booty.6 |
| 67.170.112.117 | Comcast Cable | 10/14/10 4:44 PM | Phat.Ass.White.Booty.6 |
| 71.197.187.223 | Comcast Cable | 10/13/10 6:17 PM | Phat.Ass.White.Booty.6 |
| 67.168.32.194 | Comcast Cable | 10/14/10 5:48 AM | Blacks On Blondes - Kennedy Kressler |
| 76.104.173.69 | Comcast Cable | 10/14/10 5:53 AM | Blacks On Blondes - Kennedy Kressler |
| 67.174.41.64 | Comcast Cable | 10/14/10 8:32 AM | Dynamic Booty 5 |
| 71.193.12.142 | Comcast Cable | 10/13/10 7:16 PM | Black Ass Addiction 6 |
| 67.180.120.43 | Comcast Cable | 10/13/10 6:42 PM | Phat.Ass.White.Booty.6 |
| 69.181.180.176 | Comcast Cable | 10/14/10 2:06 AM | Phat Ass White Booty 6 |
| 67.182.86.67 | Comcast Cable | 10/13/10 10:29 PM | Creampie Series |
| 67.164.38.73 | Comcast Cable | 10/14/10 1:18 AM | Blacks On Blondes - Kennedy Kressler |
| 67.180.26.176 | Comcast Cable | 10/13/10 5:38 PM | Gloryhole - Dayna Vendetta |
| 76.102.227.22 | Comcast Cable | 10/14/10 1:43 AM | Blacks On Blondes - Kennedy Kressler |
| 75.71.151.14 | Comcast Cable | 10/14/10 2:02 PM | Blacks On Blondes - Kennedy Kressler |
| 67.162.206.249 | Comcast Cable | 10/13/10 5:33 PM | Blacks On Blondes - Kennedy Kressler |
| 68.50.200.248 | Comcast Cable | 10/13/10 6:14 PM | Black Ass Addiction 6 |
| 69.250.129.214 | Comcast Cable | 10/14/10 3:16 AM | Black Ass Addiction 6 |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 71.200.173.118 | Comcast Cable | 10/14/10 2:06 AM | Black Ass Addiction 6 |
| 68.48.181.218 | Comcast Cable | 10/13/10 6:31 PM | Phat.Ass.White.Booty.6 |
| 68.50.20.172 | Comcast Cable | 10/13/10 6:30 PM | Phat Ass White Booty 6 |
| 68.55.178.251 | Comcast Cable | 10/14/10 6:26 AM | Phat Ass White Booty 6 |
| 68.50.248.143 | Comcast Cable | 10/13/10 5:30 PM | Watching My Daugher Go Black - Lexi Diamond |
| 76.100.74.75 | Comcast Cable | 10/14/10 2:52 PM | Blacks On Blondes - Kennedy Kressler |
| 68.61.152.167 | Comcast Cable | 10/14/10 5:42 PM | Dynamic Booty 5 |
| 24.11.111.118 | Comcast Cable | 10/13/10 9:01 PM | Black Ass Addiction 6 |
| 24.11.110.183 | Comcast Cable | 10/13/10 6:56 PM | Phat Ass White Booty 6 |
| 68.40.201.85 | Comcast Cable | 10/13/10 3:53 PM | Blacks On Blondes - Kennedy Kressler |
| 68.60.183.215 | Comcast Cable | 10/13/10 5:35 PM | Blacks On Blondes - Kennedy Kressler |
| 68.60.47.108 | Comcast Cable | 10/14/10 9:27 AM | Blacks On Blondes - Kennedy Kressler |
| 71.227.116.4 | Comcast Cable | 10/14/10 7:02 PM | Gloryhole - Dayna Vendetta |
| 24.218.140.194 | Comcast Cable | 10/14/10 1:27 PM | Black Ass Addiction 6 |
| 24.62.91.99 | Comcast Cable | 10/13/10 11:14 PM | Well Hung Amatuers 17 |
| 24.3.89.98 | Comcast Cable | 10/13/10 6:37 PM | Black Ass Addiction 6 |
| 24.3.196.213 | Comcast Cable | 10/14/10 4:46 PM | Phat Ass White Booty 6 |
| 68.47.215.75 | Comcast Cable | 10/14/10 3:39 PM | Dynamic Booty 5 |
| 174.49.50.88 | Comcast Cable | 10/13/10 9:26 PM | Phat.Ass.White.Booty.6 |
| 69.137.68.134 | Comcast Cable | 10/14/10 8:47 AM | Blacks On Blondes - Kennedy Kressler |
| 76.121.127.38 | Comcast Cable | 10/14/10 8:12 AM | Black Ass Addiction 6 |
| 76.16.154.230 | Comcast Cable | 10/13/10 9:41 PM | Black Ass Addiction 6 |
| 76.18.24.97 | Comcast Cable | 10/14/10 3:40 PM | Black Ass Addiction 6 |
| 76.20.254.160 | Comcast Cable | 10/13/10 8:56 PM | Black Ass Addiction 6 |
| 76.21.166.99 | Comcast Cable | 10/13/10 6:37 PM | Black Ass Addiction 6 |
| 98.193.55.149 | Comcast Cable | 10/14/10 3:32 PM | Black Ass Addiction 6 |
| 98.216.78.20 | Comcast Cable | 10/14/10 8:02 PM | Black Ass Addiction 6 |
| 98.252.201.211 | Comcast Cable | 10/14/10 10:41 AM | Black Ass Addiction 6 |
| 76.111.229.92 | Comcast Cable | 10/14/10 4:16 AM | Phat.Ass.White.Booty.6 |
| 76.111.53.232 | Comcast Cable | 10/14/10 3:44 PM | Phat.Ass.White.Booty.6 |
| 76.127.89.43 | Comcast Cable | 10/14/10 2:37 PM | Phat.Ass.White.Booty.6 |
| 76.21.102.65 | Comcast Cable | 10/13/10 9:16 PM | Phat.Ass.White.Booty.6 |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 76.30.176.54 | Comcast Cable | 10/13/10 6:38 PM | Phat.Ass.White.Booty.6 |
| 76.30.251.136 | Comcast Cable | 10/13/10 6:39 PM | Phat.Ass.White.Booty.6 |
| 76.97.241.219 | Comcast Cable | 10/13/10 6:31 PM | Phat.Ass.White.Booty.6 |
| 76.99.27.146 | Comcast Cable | 10/13/10 6:40 PM | Phat.Ass.White.Booty.6 |
| 98.199.26.248 | Comcast Cable | 10/14/10 11:37 AM | Phat.Ass.White.Booty.6 |
| 98.217.230.70 | Comcast Cable | 10/14/10 5:17 PM | Phat.Ass.White.Booty.6 |
| 98.225.148.13 | Comcast Cable | 10/14/10 3:12 PM | Phat.Ass.White.Booty.6 |
| 98.240.187.143 | Comcast Cable | 10/13/10 9:36 PM | Phat Ass White Booty 6 |
| 98.200.247.96 | Comcast Cable | 10/14/10 10:56 AM | Well Hung Amateurs 14 |
| 76.20.176.179 | Comcast Cable | 10/14/10 10:56 AM | Creampie Series |
| 98.228.156.156 | Comcast Cable | 10/14/10 6:12 PM | Creampie Series |
| 76.112.171.45 | Comcast Cable | 10/13/10 5:53 PM | Blacks On Blondes - Kennedy Kressler |
| 76.127.84.253 | Comcast Cable | 10/14/10 12:48 PM | Blacks On Blondes - Kennedy Kressler |
| 76.18.50.70 | Comcast Cable | 10/13/10 3:23 PM | Gloryhole - Dayna Vendetta |
| 98.195.122.245 | Comcast Cable | 10/14/10 7:37 PM | Gloryhole - Dayna Vendetta |
| 98.196.66.56 | Comcast Cable | 10/14/10 4:03 PM | Gloryhole - Dayna Vendetta |
| 98.214.242.36 | Comcast Cable | 10/14/10 8:47 PM | Blacks On Blondes - Kennedy Kressler |
| 98.221.128.226 | Comcast Cable | 10/14/10 5:42 PM | Gloryhole - Dayna Vendetta |
| 98.234.122.107 | Comcast Cable | 10/13/10 5:39 PM | Gloryhole - Dayna Vendetta |
| 24.253.27.91 | Cox Communications | 10/14/10 11:12 AM | Black Ass Addiction 6 |
| 68.96.98.11 | Cox Communications | 10/14/10 3:14 AM | Well Hung Amatuers 17 |
| 70.170.103.54 | Cox Communications | 10/14/10 4:05 PM | Gloryhole - Dayna Vendetta |
| 68.101.218.191 | Cox Communications | 10/14/10 8:42 PM | Black Ass Addiction 6 |
| 68.110.163.148 | Cox Communications | 10/14/10 10:40 AM | Black Ass Addiction 6 |
| 70.161.69.173 | Cox Communications | 10/13/10 6:37 PM | Black Ass Addiction 6 |
| 70.181.72.74 | Cox Communications | 10/13/10 6:37 PM | Black Ass Addiction 6 |
| 70.185.165.245 | Cox Communications | 10/13/10 7:06 PM | Black Ass Addiction 6 |
| 72.197.19.49 | Cox Communications | 10/14/10 8:37 AM | Black Ass Addiction 6 |
| 72.207.18.185 | Cox Communications | 10/14/10 2:01 AM | Black Ass Addiction 6 |
| 72.218.22.81 | Cox Communications | 10/14/10 9:17 AM | Black Ass Addiction 6 |
| 70.179.186.91 | Cox Communications | 10/14/10 11:12 AM | Phat.Ass.White.Booty.6 |
| 70.180.46.149 | Cox Communications | 10/14/10 5:02 PM | Phat Ass White Booty 6 |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 70.185.214.240 | Cox Communications | 10/13/10 7:01 PM | Phat Ass White Booty 6 |
| 70.188.11.87 | Cox Communications | 10/14/10 8:37 AM | Big Breast Amateur Girls 12 |
| 68.3.181.131 | Cox Communications | 10/14/10 10:56 AM | Well Hung Amateurs 14 |
| 174.67.195.110 | Cox Communications | 10/14/10 10:57 AM | Well Hung Amateurs 16 |
| 68.11.231.173 | Cox Communications | 10/13/10 5:38 PM | Gloryhole - Dayna Vendetta |
| 68.2.106.164 | Cox Communications | 10/13/10 5:31 PM | Watching My Daughter Go Black Megapack |
| 72.199.179.23 | Cox Communications | 10/13/10 5:30 PM | Watching My Daugher Go Black - Lexi Diamond |
| 72.207.220.136 | Cox Communications | 10/13/10 3:51 PM | Watching My Daughter Go Black Megapack |
| 98.183.72.45 | Cox Communications | 10/13/10 11:41 PM | Black Ass Addiction 6 |
| 98.166.24.27 | Cox Communications | 10/13/10 6:17 PM | Phat.Ass.White.Booty.6 |
| 98.180.9.133 | Cox Communications | 10/13/10 8:06 PM | Phat.Ass.White.Booty.6 |
| 98.165.95.44 | Cox Communications | 10/13/10 9:37 PM | Gloryhole - Dayna Vendetta |
| 69.86.111.32 | EarthLink | 10/14/10 12:01 AM | Throat Injection 3 |
| 24.199.82.162 | EarthLink | 10/14/10 3:44 PM | Phat Ass White Booty 6 |
| 74.83.228.52 | Fuse Internet Access | 10/14/10 4:48 PM | Phat.Ass.White.Booty.6 |
| 74.215.186.232 | Fuse Internet Access | 10/13/10 11:18 PM | Blacks On Blondes - Kennedy Kressler |
| 208.68.98.148 | Home Town Telephone | 10/13/10 7:46 PM | Phat Ass White Booty 6 |
| 72.10.202.253 | INOC | 10/14/10 12:50 PM | Gloryhole - Dayna Vendetta |
| 74.130.68.119 | Insight Communications | 10/13/10 6:29 PM | Black Ass Addiction 6 |
| 72.242.0.66 | ITC Deltacom | 10/14/10 12:12 PM | Gloryhole - Dayna Vendetta |
| 75.76.109.245 | Knology | 10/14/10 4:38 PM | Black Ass Addiction 6 |
| 173.16.125.19 | Mediacom | 10/13/10 10:36 PM | Throat Injection 3 |
| 173.21.29.138 | Mediacom | 10/14/10 11:05 AM | Gloryhole - Dayna Vendetta |
| 96.3.146.190 | Midcontinent Communications | 10/14/10 1:33 AM | Gloryhole - Dayna Vendetta |
| 24.45.50.6 | Optimum Online | 10/13/10 6:36 PM | Black Ass Addiction 6 |
| 68.199.7.41 | Optimum Online | 10/14/10 7:28 AM | Black Ass Addiction 6 |
| 69.114.158.244 | Optimum Online | 10/14/10 5:52 PM | Black Ass Addiction 6 |
| 69.126.175.22 | Optimum Online | 10/14/10 3:40 PM | Black Ass Addiction 6 |
| 24.188.164.114 | Optimum Online | 10/14/10 9:07 AM | Phat.Ass.White.Booty.6 |
| 24.44.65.223 | Optimum Online | 10/14/10 4:16 AM | Phat.Ass.White.Booty.6 |
| 24.47.154.25 | Optimum Online | 10/13/10 6:31 PM | Phat Ass White Booty 6 |
| 68.194.251.87 | Optimum Online | 10/13/10 6:51 PM | Well Hung Amatuers 17 |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 24.46.1.240 | Optimum Online | 10/13/10 9:39 PM | Blacks On Blondes - Kennedy Kressler |
| 67.83.169.242 | Optimum Online | 10/13/10 9:38 PM | Blacks On Blondes - Kennedy Kressler |
| 69.118.85.72 | Optimum Online | 10/14/10 11:32 AM | Blacks On Blondes - Kennedy Kressler |
| 71.208.50.252 | Qwest Communications | 10/13/10 5:38 PM | Gloryhole - Dayna Vendetta |
| 71.211.94.212 | Qwest Communications | 10/13/10 5:33 PM | Watching My Daughter Go Black Megapack |
| 71.222.202.121 | Qwest Communications | 10/14/10 7:52 PM | Gloryhole - Dayna Vendetta |
| 97.123.112.123 | Qwest Communications | 10/14/10 1:07 PM | Gloryhole - Dayna Vendetta |
| 207.38.140.174 | RCN Corp | 10/14/10 3:43 PM | Phat Ass White Booty 6 |
| 24.136.6.242 | RCN Corp | 10/13/10 5:34 PM | Blacks On Blondes - Kennedy Kressler |
| 204.210.124.131 | Road Runner | 10/13/10 9:42 PM | Blacks On Blondes - Kennedy Kressler |
| 24.26.6.85 | Road Runner | 10/13/10 6:36 PM | Black Ass Addiction 6 |
| 24.26.9.99 | Road Runner | 10/14/10 6:12 PM | Black Ass Addiction 6 |
| 173.171.18.2 | Road Runner | 10/14/10 10:56 AM | Well Hung Amateurs 14 |
| 184.56.45.83 | Road Runner | 10/14/10 4:27 PM | Black Ass Addiction 6 |
| 71.72.44.216 | Road Runner | 10/14/10 2:22 PM | Gloryhole - Dayna Vendetta |
| 75.187.199.163 | Road Runner | 10/14/10 3:12 PM | Blacks On Blondes - Kennedy Kressler |
| 69.207.113.208 | Road Runner | 10/14/10 3:40 PM | Black Ass Addiction 6 |
| 74.79.96.29 | Road Runner | 10/13/10 11:56 PM | Black Ass Addiction 6 |
| 67.252.54.144 | Road Runner | 10/13/10 6:51 PM | Well Hung Amatuers 17 |
| 74.67.7.13 | Road Runner | 10/13/10 3:50 PM | Watching My Daughter Go Black Megapack |
| 173.93.234.122 | Road Runner | 10/13/10 6:35 PM | Black Ass Addiction 6 |
| 174.108.6.251 | Road Runner | 10/14/10 8:37 AM | Black Ass Addiction 6 |
| 174.96.159.173 | Road Runner | 10/13/10 6:35 PM | Black Ass Addiction 6 |
| 24.211.36.100 | Road Runner | 10/14/10 8:04 AM | Black Ass Addiction 6 |
| 173.93.255.209 | Road Runner | 10/13/10 10:01 PM | Phat.Ass.White.Booty.6 |
| 75.183.37.12 | Road Runner | 10/13/10 3:43 PM | Watching My Daugher Go Black - Lexi Diamond |
| 24.242.246.114 | Road Runner | 10/13/10 9:51 PM | Black Ass Addiction 6 |
| 24.175.217.118 | Road Runner | 10/13/10 6:31 PM | Phat Ass White Booty 6 |
| 70.113.109.95 | Road Runner | 10/13/10 6:31 PM | Phat Ass White Booty 6 |
| 24.162.157.134 | Road Runner | 10/14/10 10:56 AM | Big Breast Amateur Girls 12 |
| 70.112.242.113 | Road Runner | 10/14/10 3:59 AM | Big Breast Amateur Girls 15 |
| 66.68.176.192 | Road Runner | 10/14/10 4:03 PM | Gloryhole - Dayna Vendetta |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 70.113.194.216 | Road Runner | 10/13/10 5:31 PM | Watching My Daugher Go Black - Lexi Diamond |
| 174.101.189.124 | Road Runner | 10/14/10 3:39 PM | Black Ass Addiction 6 |
| 75.186.92.175 | Road Runner | 10/14/10 11:05 AM | Gloryhole - Dayna Vendetta |
| 75.186.94.157 | Road Runner | 10/14/10 4:05 PM | Gloryhole - Dayna Vendetta |
| 66.65.70.98 | Road Runner | 10/14/10 6:27 PM | Phat Ass White Booty 6 |
| 72.227.150.187 | Road Runner | 10/13/10 6:51 PM | Well Hung Amatuers 17 |
| 66.108.172.157 | Road Runner | 10/13/10 5:32 PM | Watching My Daughter Go Black Megapack |
| 67.243.56.207 | Road Runner | 10/13/10 5:39 PM | Gloryhole - Dayna Vendetta |
| 68.174.154.8 | Road Runner | 10/14/10 4:22 PM | Gloryhole - Dayna Vendetta |
| 70.121.0.49 | Road Runner | 10/13/10 10:26 PM | Black Ass Addiction 6 |
| 70.121.204.88 | Road Runner | 10/13/10 6:29 PM | Black Ass Addiction 6 |
| 68.202.123.227 | Road Runner | 10/13/10 9:11 PM | Phat.Ass.White.Booty.6 |
| 24.165.7.167 | Road Runner | 10/14/10 3:46 PM | Phat.Ass.White.Booty.6 |
| 75.83.199.150 | Road Runner | 10/13/10 6:21 PM | Phat.Ass.White.Booty.6 |
| 75.85.160.8 | Road Runner | 10/13/10 11:14 PM | Big Breast Amateur Girls 15 |
| 66.74.150.61 | Road Runner | 10/13/10 6:51 PM | Well Hung Amatuers 17 |
| 65.30.22.167 | Road Runner | 10/14/10 2:52 PM | Black Ass Addiction 6 |
| 173.89.128.97 | Road Runner | 10/14/10 4:32 PM | Phat Ass White Booty 6 |
| 72.133.243.50 | Road Runner | 10/14/10 6:37 PM | Blacks On Blondes - Kennedy Kressler |
| 76.183.222.207 | Road Runner | 10/14/10 2:46 AM | Dynamic Booty 5 |
| 98.14.197.28 | Road Runner | 10/13/10 6:30 PM | Dynamic Booty 5 |
| 76.188.126.86 | Road Runner | 10/14/10 3:01 AM | Black Ass Addiction 6 |
| 76.94.240.52 | Road Runner | 10/14/10 4:39 PM | Black Ass Addiction 6 |
| 97.102.132.192 | Road Runner | 10/14/10 10:42 AM | Black Ass Addiction 6 |
| 98.145.94.81 | Road Runner | 10/13/10 6:37 PM | Black Ass Addiction 6 |
| 98.155.87.85 | Road Runner | 10/13/10 6:38 PM | Phat.Ass.White.Booty.6 |
| 98.25.43.182 | Road Runner | 10/13/10 8:31 PM | Phat.Ass.White.Booty.6 |
| 76.181.83.104 | Road Runner | 10/13/10 10:44 PM | Well Hung Amatuers 17 |
| 76.171.233.163 | Road Runner | 10/14/10 9:42 AM | Blacks On Blondes - Kennedy Kressler |
| 76.87.86.196 | Road Runner | 10/13/10 3:43 PM | Watching My Daugher Go Black - Lexi Diamond |
| 98.24.143.3 | Road Runner | 10/13/10 4:03 PM | Blacks On Blondes - Kennedy Kressler |
| 98.27.64.205 | Road Runner | 10/14/10 11:47 AM | Gloryhole - Dayna Vendetta |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 70.251.85.111 | SBC Internet | 10/13/10 6:31 PM | Throat Injection 3 |
| 64.148.1.7 | SBC Internet | 10/13/10 6:18 PM | Phat.Ass.White.Booty.6 |
| 69.236.65.194 | SBC Internet | 10/13/10 9:38 PM | Blacks On Blondes - Kennedy Kressler |
| 69.237.180.238 | SBC Internet | 10/13/10 5:38 PM | Gloryhole - Dayna Vendetta |
| 75.39.137.156 | SBC Internet | 10/14/10 10:07 AM | Gloryhole - Dayna Vendetta |
| 76.227.86.197 | SBC Internet | 10/13/10 6:27 PM | Black Ass Addiction 6 |
| 99.161.189.130 | SBC Internet | 10/13/10 10:32 PM | Black Ass Addiction 6 |
| 76.199.199.51 | SBC Internet | 10/14/10 5:57 PM | Phat.Ass.White.Booty.6 |
| 76.242.180.222 | SBC Internet | 10/14/10 1:21 AM | Phat Ass White Booty 6 |
| 76.242.181.135 | SBC Internet | 10/13/10 10:21 PM | Phat Ass White Booty 6 |
| 99.72.1.84 | SBC Internet | 10/14/10 3:07 PM | Phat.Ass.White.Booty.6 |
| 99.73.237.189 | SBC Internet | 10/14/10 7:16 AM | Phat.Ass.White.Booty.6 |
| 99.73.37.128 | SBC Internet | 10/13/10 6:30 PM | Phat Ass White Booty 6 |
| 76.208.55.97 | SBC Internet | 10/13/10 5:39 PM | Gloryhole - Dayna Vendetta |
| 99.73.149.129 | SBC Internet | 10/13/10 5:31 PM | Watching My Daughter Go Black Megapack |
| 173.193.32.160 | Softlayer Tech | 10/13/10 5:32 PM | Watching My Daughter Go Black Megapack |
| 68.246.188.72 | Sprint PCS | 10/14/10 12:28 AM | Blacks On Blondes - Kennedy Kressler |
| 68.247.102.129 | Sprint PCS | 10/14/10 8:17 PM | Blacks On Blondes - Kennedy Kressler |
| 99.204.194.159 | Sprint PCS | 10/13/10 6:40 PM | Phat.Ass.White.Booty.6 |
| 206.74.244.171 | Sprint Telecom | 10/14/10 3:48 PM | Phat Ass White Booty 6 |
| 207.144.14.127 | Sprint Telecom | 10/13/10 4:03 PM | Blacks On Blondes - Kennedy Kressler |
| 173.217.102.252 | Suddenlink | 10/14/10 5:42 PM | Black Ass Addiction 6 |
| 173.218.80.233 | Suddenlink | 10/14/10 4:04 PM | Gloryhole - Dayna Vendetta |
| 71.187.185.11 | Verizon Internet Services | 10/13/10 6:13 PM | Black Ass Addiction 6 |
| 71.240.171.247 | Verizon Internet Services | 10/13/10 7:36 PM | Black Ass Addiction 6 |
| 72.66.98.178 | Verizon Internet Services | 10/13/10 6:13 PM | Black Ass Addiction 6 |
| 74.105.195.128 | Verizon Internet Services | 10/13/10 6:14 PM | Black Ass Addiction 6 |
| 74.110.185.56 | Verizon Internet Services | 10/14/10 10:41 AM | Black Ass Addiction 6 |
| 74.110.202.163 | Verizon Internet Services | 10/13/10 6:37 PM | Black Ass Addiction 6 |
| 108.3.206.69 | Verizon Internet Services | 10/13/10 9:51 PM | Phat.Ass.White.Booty.6 |
| 173.76.112.7 | Verizon Internet Services | 10/14/10 6:16 AM | Phat Ass White Booty 6 |
| 71.183.220.210 | Verizon Internet Services | 10/13/10 6:31 PM | Phat.Ass.White.Booty.6 |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 173.76.172.140 | Verizon Internet Services | 10/14/10 10:56 AM | Well Hung Amateurs 14 |
| 173.76.109.185 | Verizon Internet Services | 10/14/10 1:39 AM | Well Hung Amatuers 17 |
| 71.174.184.67 | Verizon Internet Services | 10/13/10 6:51 PM | Well Hung Amatuers 17 |
| 71.188.126.159 | Verizon Internet Services | 10/13/10 9:41 PM | Well Hung Amatuers 17 |
| 72.94.55.118 | Verizon Internet Services | 10/13/10 6:51 PM | Well Hung Amatuers 17 |
| 173.50.155.146 | Verizon Internet Services | 10/13/10 5:31 PM | Watching My Daughter Go Black Megapack |
| 173.63.238.184 | Verizon Internet Services | 10/13/10 5:32 PM | Watching My Daughter Go Black Megapack |
| 173.79.38.146 | Verizon Internet Services | 10/14/10 4:04 PM | Gloryhole - Dayna Vendetta |
| 71.172.243.163 | Verizon Internet Services | 10/14/10 2:48 AM | Blacks On Blondes - Kennedy Kressler |
| 72.88.210.191 | Verizon Internet Services | 10/14/10 8:48 PM | Gloryhole - Dayna Vendetta |
| 74.100.156.233 | Verizon Internet Services | 10/13/10 5:39 PM | Gloryhole - Dayna Vendetta |
| 98.113.67.59 | Verizon Internet Services | 10/13/10 7:11 PM | Black Ass Addiction 6 |
| 96.242.40.80 | Verizon Internet Services | 10/14/10 10:55 AM | Big Breast Amateur Girls 15 |
| 96.231.209.204 | Verizon Internet Services | 10/13/10 6:56 PM | Well Hung Amatuers 17 |
| 98.111.75.205 | Verizon Internet Services | 10/13/10 5:31 PM | Watching My Daugher Go Black - Lexi Diamond |
| 98.117.114.203 | Verizon Internet Services | 10/13/10 5:38 PM | Gloryhole - Dayna Vendetta |
| 98.118.141.60 | Verizon Internet Services | 10/13/10 5:31 PM | Watching My Daugher Go Black - Lexi Diamond |
| 75.223.222.185 | Verizon Wireless | 10/13/10 10:33 PM | Blacks On Blondes - Kennedy Kressler |
| 75.211.65.7 | Verizon Wireless | 10/14/10 12:24 AM | Big Breast Amateur Girls 15 |
| 75.211.93.223 | Verizon Wireless | 10/14/10 10:56 AM | Big Breast Amateur Girls 15 |
| 75.214.165.109 | Verizon Wireless | 10/14/10 10:22 AM | Blacks On Blondes - Kennedy Kressler |
| 64.85.240.245 | Wave Broadband | 10/14/10 4:04 PM | Gloryhole - Dayna Vendetta |
| 24.113.79.211 | Wave Broadband | 10/14/10 3:39 PM | Dynamic Booty 5 |
| 76.14.186.123 | Wave Broadband | 10/14/10 5:07 PM | Gloryhole - Dayna Vendetta |
| 24.192.121.161 | WideOpenWest | 10/13/10 8:51 PM | Black Ass Addiction 6 |
| 75.118.111.85 | WideOpenWest | 10/14/10 7:41 AM | Black Ass Addiction 6 |
| 64.53.154.183 | WideOpenWest | 10/13/10 11:46 PM | Phat Ass White Booty 6 |
| 72.172.39.11 | Windstream Communications | 10/14/10 2:07 PM | Black Ass Addiction 6 |
| 24.219.168.39 | YGNITION NETWORKS | 10/14/10 12:52 PM | Black Ass Addiction 6 |