**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MCGIP, LLC | ) | |
| | ) | CASE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: |
| | ) | Magistrate Judge: |
| DOES 1 – 316 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
<u>NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2</u>**

Plaintiff MCGIP, LLC does not have a parent corporation. Plaintiff's sole member is Allan Mooney. No publicly held company owns 5% or more of Plaintiff's stock.


Respectfully submitted,

MCGIP, LLC

**DATED:** October 15, 2010

By: /s/ John Steele_____
John L. Steele (Bar No. 6292158)
Steele Law Firm, LLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-893-5888;   Fax 312-893-5604
john@steele-law.com
*Attorney for Plaintiff*