**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MCGIP, LLC ) | |
| ) | CASE NO.: 1:10-cv-06677 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: Hon. Virginia M. Kendall |
| ) | |
| DOES 1 – 316 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in Exhibit A to this Notice of Dismissal. Plaintiff is so dismissing because the parties have reached a mutually satisfactory resolution of their differences, the Defendants' respective Internet Service Providers deleted the relevant Internet Protocol address records before Plaintiff was permitted to issue a subpoena, or, based on information revealed in discovery, Plaintiff intends to file in an alternate District to avoid any apparent jurisdictional issues. The respective Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[Intentionally left blank]

-2-

                                Respectfully submitted,

                                MCGIP, LLC

**DATED:** December 29, 2010

                                By:    /s/ John Steele_____
                                          John Steele (Bar No. 6292158)
                                          Steele Hansmeier PLLC
                                          161 N. Clark St.
                                          Suite 4700
                                          Chicago, IL 60601
                                          312-880-9160;   Fax 312-893-5677
                                          jlsteele@wefightpiracy.com
                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 29, 2010, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

s/ John Steele
JOHN STEELE
