# EXHIBIT A

**IP Address**

173.193.32.160
184.76.161.94
184.77.0.81
206.74.244.171
207.144.14.127
208.68.98.148
216.87.229.184
24.158.157.239
24.176.25.142
24.196.222.48
24.199.82.162
64.148.1.7
65.183.244.102
66.214.142.78
68.188.254.14
68.191.54.75
68.246.188.72
68.247.102.129
69.236.65.194
69.237.180.238
69.86.111.32
70.251.85.111
71.10.29.76
71.12.14.201
71.208.50.252
71.21.167.65
71.211.94.212
71.222.202.121
71.91.21.74
72.10.202.253
72.172.39.11
72.24.88.230
72.242.0.66

74.130.68.119
74.215.186.232
74.83.228.52
75.133.158.12
75.140.85.82
75.39.137.156
76.199.199.51
76.208.55.97
76.227.86.197
76.242.180.222
76.242.181.135
96.32.175.26
96.42.249.30
97.123.112.123
97.80.158.211
97.87.122.175
97.93.99.223
98.141.41.50
98.200.247.96
99.161.189.130
99.204.194.159
99.72.1.84
99.73.149.129
99.73.237.189
99.73.37.128