# EXHIBIT A

**IP Address**
99.73.149.129
71.222.202.121
173.79.38.146
24.116.142.146
72.88.210.191
99.93.191.130
71.187.185.11
209.235.162.29
184.76.161.94
99.161.189.130
71.240.171.247
67.149.71.86
69.47.127.122
71.89.65.195
74.130.234.26
75.168.247.142
75.172.132.204
97.113.221.142
74.110.202.163
71.174.184.67
173.63.238.184
24.117.133.105
97.85.56.105
71.145.152.182
24.231.141.47
173.64.113.211
69.169.128.168
97.127.48.173
72.94.55.118
24.47.154.25
97.87.6.2
99.169.81.109
72.67.73.97