**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MCGIP, LLC,

    Plaintiff,                                  Case No.: 1:10-CV-06677

v.                                               Hon. Virginia M. Kendall

DOES 1 – 316,

    Defendants.

                                                      /

**STIPULATED TO ORDER FOR DISMISSAL
OF CERTAIN CLAIMS, WITH PREJUDICE**

This matter having come before the court upon the Stipulation of Plaintiff, MCGIP, LLC, ("MCGIP") and one of the Doe Defendants 1-316, identified specifically as Doe, I.P. Address 68.40.201.85, and the court being otherwise fully advised, now, therefore:

IT IS HEREBY ORDERED MCGIP's Complaint against Doe, I.P. Address 68.40.201.85 and all claims, counterclaims and defenses of Doe, I.P. Address 68.40.201.85 which were asserted or which could have been asserted in this action are hereby dismissed, with prejudice and without costs or attorney fees to any party.

IT IS FURTHER ORDERED that Doe, I.P. Address 68.40.201.85's Motion to Quash Subpoena, Issue an Appropriate Protective Order, for Leave to Proceed Anonymously and/or, in the Alternative, for Dismissal of Doe from this Action (Dkt #46), is withdrawn and dismissed.

Dated: April 5, 2011

        **MCGIP, LLC**

        By:  /s/ John L. Steele (by consent)
          John L. Steele (ARDC No. 6292158)
         Steele / Hansmeier, PLLC
         161 N. Clark St., Ste. 4700
         Chicago, IL 60601
         312.893.5888 (Telephone)
         312.893.5604 (Facsimile)
         john@steele-law.com

        Attorneys for Plaintiff MCGIP, LLC

        **DEFENDANT DOE, I.P. ADDRESS 68.40.201.85**

        By:  /s/Harold E. McKee
          Harold E. McKee (ARDC No. 6195920)
         Riordan McKee & Piper, LLC
         20 N. Wacker Drive, Ste. 910
         Chicago, IL 60606
         312.663.9400 (Telephone)
         312.663.1028 (Facsimile)
         hmckee@rmp-llc.com

        Attorneys for Defendant Doe, I.P. Address 68.40.201.85

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 5, 2011, all counsel of record who are deemed to have consented to electronic service have been served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


Dated: April 5, 2011                           /s/ Harold E. McKee
                                                                                                Harold E. McKee