**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MCGIP, LLC | ) | |
| | ) | CASE NO.: 1:10-cv-06677 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Hon. Virginia M. Kendall |
| | ) | |
| DOES 1 – 316 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to the Court's request, files this Notice of Dismissal. The Defendants listed in Exhibit A (Does 205-221) are hereby dismissed with prejudice. To date, Does 205-316 have been dismissed from this action. The respective Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[Intentionally left blank]

       Respectfully submitted,

       MCGIP, LLC

**DATED:** April 13, 2011

       By: /s/ John Steele_____
          John Steele (Bar No. 6292158)
          Steele Hansmeier PLLC
          161 N. Clark St.
          Suite 4700
          Chicago, IL 60601
          312-880-9160; Fax 312-893-5677
          jlsteele@wefightpiracy.com
          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 13, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). Service by first class mail was made to the following:

Paromita Ghosh
1219 Polo Lake Dr.
Ellisville, MO 63021

Jason J. Kim
97 Gladwin Ave.
Leonia, NJ 07605

/s/ John Steele_____
JOHN STEELE