# EXHIBIT A

**IP Address**
173.76.112.7
173.78.45.202
192.188.163.122
206.53.65.231
24.112.135.247
24.3.196.213
67.184.32.147
68.3.181.131
69.204.59.253
70.46.241.88
71.172.243.163
71.34.176.178
75.128.119.78
75.173.253.57
75.37.192.8
76.227.86.197
76.99.27.146
96.252.142.198
96.28.83.221
98.195.122.245
98.221.128.226