**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

MGCIP, LLC
                        Plaintiff,

v.                                                 Case No.: 1:10–cv–06677
                                                    Honorable Virginia M. Kendall

Does 1–316, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 24, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:Letter, dated May 12, 2011, from H.W. Reppert is dismissed as not complying with filing rules.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.