**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MCGIP, LLC ) | |
| ) | CASE NO.: 1:10-cv-06677 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: Hon. Virginia M. Kendall |
| ) | |
| DOES 1 – 316 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 98.213.155.83 (Doe 194). Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 194-316 have been dismissed from this action.

                Respectfully submitted,

                MCGIP, LLC

**DATED:** June 10, 2011

                By:   /s/ John Steele
                      John Steele (Bar No. 6292158)
                      Steele Hansmeier PLLC
                      161 N. Clark St.
                      Suite 4700
                      Chicago, IL 60601
                      312-880-9160; Fax 312-893-5677
                      jlsteele@wefightpiracy.com
                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). Service by first class mail was made to the following:

Paromita Ghosh
1219 Polo Lake Dr.
Ellisville, MO 63021

Jason J. Kim
97 Gladwin Ave.
Leonia, NJ 07605

Kaya Erenturk
111 Kilsith Rd. Apt. 6
Brighton MA 02135-7819

Brad Wolfe
1241 Cleveland Ave.
Santa Rosa, CA 95401

Katherine Johnson
2545B 4th Street
Ceres, CA 95307

Kort Walsh
1031 Spring Garden St. Apt 2
Philidelphia, PA 19123

/s/ John Steele_____
JOHN STEELE