# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MCGIP, LLC ) | |
| ) | CASE NO.: 1:10-cv-06677 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: Hon. Virginia M. Kendall |
| ) | |
| DOES 1 – 316 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses listed on Exhibit A to Plaintiff's First Amended Complaint. (Does 150-194). The respective Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 150-316 have been dismissed from this action.

[intentionally left blank]

        Respectfully submitted,

        MCGIP, LLC

**DATED:** June 16, 2011

        By:    <u>/s/ John Steele</u>
                John Steele (Bar No. 6292158)
                Steele Hansmeier PLLC
                161 N. Clark St.
                Suite 4700
                Chicago, IL 60601
                312-880-9160;   Fax 312-893-5677
                jlsteele@wefightpiracy.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

Michael Doucette
24 Birches Road
Hubbardston, MA 01452

Witold Wituchowski
15047 – SE43rd Place
Bellevue, WA 98006-2413

Demetrius L Siller
14555 Philippine St.
Apt. 311
Houston, TX 77040

Robert D. Cloxton
15370 Bellamar Cie. #3424
Fort Meyers, FL 33908

Sandra VanCompernolle
957 Old Buddington Rd.
Groton CT 06340

s/ John Steele<br>JOHN STEELE