# EXHIBIT A

| IP Address | |
|---|---|
| 173.44.82.96 | 70.179.186.91 |
| 108.7.207.137 | 70.188.11.87 |
| 174.67.195.110 | 71.192.123.98 |
| 24.119.122.31 | 71.193.218.237 |
| 24.128.50.148 | 71.201.82.103 |
| 24.163.20.184 | 71.232.18.219 |
| 24.19.212.214 | 71.57.56.78 |
| 24.2.161.29 | 71.62.51.35 |
| 24.20.93.50 | 72.207.220.136 |
| 66.91.27.209 | 75.173.252.215 |
| 67.162.206.249 | 76.16.125.8 |
| 67.168.32.194 | 76.16.154.230 |
| 67.182.86.67 | 76.185.178.133 |
| 68.199.7.41 | 76.20.176.179 |
| 68.40.201.85 | 76.99.208.233 |
| 68.50.20.172 | 96.237.146.202 |
| 68.50.248.143 | 98.210.17.115 |
| 68.62.179.151 | 98.216.78.20 |
| 68.96.98.11 | 98.228.188.143 |
| 69.114.158.244 | 98.239.144.26 |
| 69.181.180.176 | |
| 69.249.211.105 | |