# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

MGCIP, LLC

                                        Plaintiff,

v.                                                                 Case No.: 1:10–cv–06677
                                                                                 Honorable Virginia M. Kendall

Does 1–316, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 17, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:Pursuant to stipulation and FRCP Rule 41(a)(1), defendant Does 150 – 194 are dismissed with prejudice.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.