**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MCGIP, LLC | ) | |
| | ) | CASE NO.: 1:10-cv-06677 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Hon. Virginia M. Kendall |
| | ) | |
| DOES 1 – 316 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby dismisses

without  prejudice all causes of action in its First Amended Complaint against all remaining Doe

Defendants in this action expect those Doe Defendants associated with the Internet Protocol

addresses listed on Exhibit A to this Notice of Dismissal. The Doe Defendants associated with

this Dismissal are Does 11-149.  The respective Does have filed neither an answer to the

complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule

41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 11-316 have been dismissed

from this action.

[intentionally left blank]

-2-

Respectfully submitted,

MCGIP, LLC

**DATED:**  July 8, 2011

By:     /s/ John Steele
        John Steele (Bar No. 6292158)
        Steele Hansmeier PLLC
        161 N. Clark St.
        Suite 4700
        Chicago, IL 60601
        312-880-9160;   Fax 312-893-5677
        jlsteele@wefightpiracy.com
        *Attorney for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on July 8, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). Service by first class U.S. mail was made on the following.

Paromita Ghosh
1219 Polo Lake Dr.
Ellisville, MO 63021

Jason J. Kim
97 Gladwin Ave.
Leonia, NJ 07605

Kaya Erenturk
111 Kilsith Rd. Apt. 6
Brighton MA 02135-7819

Brad Wolfe
1241 Cleveland Ave.
Santa Rosa, CA 95401

Katherine Johnson
2545B 4th Street
Ceres, CA 95307

Kort Walsh
1031 Spring Garden St. Apt 2
Philidelphia, PA 19123

s/ John Steele
JOHN STEELE