# EXHIBIT A

**IP Addresses**

173.76.109.185
74.199.115.197
76.100.74.75
74.199.115.197
76.100.74.75
68.55.26.92
98.218.34.199
24.13.126.62
67.160.31.70
97.90.156.236