# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MCGIP, LLC | ) | |
| | ) | CASE NO.: 1:10-cv-06677 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Hon. Virginia M. Kendall |
| | ) | |
| DOES 1 – 316 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby dismisses without prejudice all causes of action in its First Amended Complaint against all remaining Doe Defendants in this action. The respective Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, all Doe Defendants have been dismissed from this action.

Respectfully submitted,

MCGIP, LLC

**DATED:** August 16, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;  Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 16, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). Service by first class U.S. mail was made on the following.

Paromita Ghosh
1219 Polo Lake Dr.
Ellisville, MO 63021

Jason J. Kim
97 Gladwin Ave.
Leonia, NJ 07605

Kaya Erenturk
111 Kilsith Rd. Apt. 6
Brighton MA 02135-7819

Brad Wolfe
1241 Cleveland Ave.
Santa Rosa, CA 95401

Katherine Johnson
2545B 4th Street
Ceres, CA 95307

Kort Walsh
1031 Spring Garden St. Apt 2
Philidelphia, PA 19123

                                                                                            s/ John Steele
                                                                                            JOHN STEELE