**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MCGIP, LLC )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 316 )<br>)<br>    Defendants. )<br>)<br>) | CASE NO.: 1:10-cv-06677<br><br>Judge: Hon. Virginia M. Kendall |

**PLAINTIFF'S SUPPLEMENTAL NOTICE OF DISMISSAL**

On August 16, 2011, Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure dismissed without prejudice all causes of action in its First Amended Complaint against the remaining Doe Defendants in this action. That dismissal was intended to have included a dismissal with prejudice against the Doe Defendant associated with IP address 98.231.179.168. The failure to include the dismissal with prejudice was a result of an inadvertent clerical omission. Plaintiff hereby supplements the referenced notice of dismissal with this notice of dismissal with prejudice of the Doe Defendant associated with IP address 98.231.179.168. The respective Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate and effective as of the date of this notice filing. Inclusive of this dismissal, all Doe Defendants have been dismissed from this action.

-2-

        Respectfully submitted,

        MCGIP, LLC

**DATED:** September 9, 2011

        By:   <u>/s/ John Steele</u>
              John Steele (Bar No. 6292158)
              Steele Hansmeier PLLC
              161 N. Clark St.
              Suite 4700
              Chicago, IL 60601
              312-880-9160;   Fax 312-893-5677
              jlsteele@wefightpiracy.com
              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 9, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                        s/ John Steele
                                                        JOHN STEELE